**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHELE ELIZONDO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 to 50 inclusive<br><br>　　　　Defendants. | **CASE NO. CV 21-5035-GW-MARx**<br><br>Judge: Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:  June 21, 2021<br>State Action Filed: September 14, 2020 |

On December 14, 2021, the parties jointly submitted a STIPULATION FOR DISMISSAL, dismissing this entire action and claims herein, with prejudice, to the Court.  Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 16, 2021

*/s/ George H. Wu*
_____
**HON. GEORGE H. WU,**
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION